## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

RYAN NEUBAUER,  CASE NO.: 8:16-cv-03241-CEH-TGW

    Plaintiff,

vs.

ALLIANCE ONE, INC.,

    Defendant.

_____/

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, RYAN NEUBAUER, by and through his undersigned counsel, and pursuant to Rule 41(a)(1)(A)(i), Fed.R.Civ.P., hereby gives notice to the Court that Plaintiff voluntarily dismisses his Complaint against the Defendant, ALLIANCE ONE, INC., **with prejudice.** The parties agree to bear their own fees and costs.

Date: **January 12, 2017**

                                **BOSS LAW**

                                /s/ Christopher W. Boss
                                Christopher W. Boss, Esq.
                                Fla. Bar. No.: 13183
                                9887 Fourth Street N., Suite 202
                                St. Petersburg, FL 33702
                                Phone: 727-471-0039
                                Service Email: cpservice@protectyourfuture.com
                                *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY on this 12th day of January, 2017 that a true and correct copy of the above foregoing has been furnished via U.S. Mail to:

Alliance One, Inc.
c/o Christopher B. Scully, Registered Agent
238 Pablo Road
Ponte Vedra Beach, FL 32082

                                              /s/ Christopher W. Boss_____
                                              Christopher W. Boss, Esq.
                                              Fla. Bar. No.: 13183