UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RYAN NEUBAUER,

    Plaintiff,

v.   Case No: 8:16-cv-3241-T-36TGW

ALLIANCE ONE, INC.,

    Defendant.
_____/

**ORDER**

Before the Court is Plaintiff's Notice of Voluntary Dismissal with Prejudice (Doc. 7). In accord with Plaintiff's Notice of Voluntary Dismissal with Prejudice, it is **ORDERED AND ADJUDGED** as follows:

    1)    Plaintiff's Notice of Voluntary Dismissal with Prejudice is **APPROVED** (Doc. 7).

    2)    This cause is dismissed, with prejudice.

    3)    The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on January 17, 2017.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record